**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

In Re: Lilia Belkova

LILIA BELKOVA,

        Appellant,

v.                                                                                        Case No: 5:21-cv-390-WWB

PNC BANK, N.A.,

        Appellee.
_____/

## ORDER

THIS CAUSE is before the Court on Appellant's Emergency Motion for Extension of Time to File Initial Brief (Doc. 14) and Motion for Enlargement of Time to File Initial Brief (Doc. 17). On September 10, 2021, this Court directed Appellant to file her initial brief on or before September 16, 2021. (Doc. 12). Thereafter, the Court permitted Appellant's counsel of record to withdraw from the case but cautioned Appellant that the Court would not continue any deadlines and that the granting of the Motion to Withdraw would "not constitute good cause to extend any deadline in this case." (Doc. 15 at 1–2). Pursuant to Local Rule 2.02(c), Appellant was informed that her counsel was seeking to withdraw at least as of September 1, 2021, and counsel had informed her of the September 16, 2021 deadline to file her brief. (Doc. 13 at 1). Having reviewed the Motions, the Court does not find that good cause has been shown for further extension of the deadline to file the initial brief. Additionally, the deadline has now passed, and Appellant has not filed an initial brief in this case.

Therefore, it is **ORDERED** and **ADJUDGED** that Appellant's Emergency Motion for Extension of Time to File Initial Brief (Doc. 14) and Motion for Enlargement of Time to File Initial Brief (Doc. 17) are **DENIED**, and this case is **DISMISSED**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on September 21, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party